## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NB**, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Case No. 10-1511 (RJL)** |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 29 day of July 2011, it is hereby

**ORDERED** that defendants' Motion to Dismiss [#10] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge